AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00516 |
| Mark Sami Ibrahim | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 7/6/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001(a)(2) | False statement, |
| 18 U.S.C. § 1752(a)(1) and (b)(1) | Entering and Remaining in a Restricted Building or Grounds - Firearm, |
| 40 U.S.C. § 5104(d)- | Step or climb on, remove, or in any way injure any statue, |
| 40 U.S.C. § 5104(e)(1)(A)(i)- | Capitol Grounds and Buildings Security - Firearm. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jason Higley, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/06/2021

*Judge's signature*

City and state: Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*